**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In Re:                                                    Case No. 22-16289-AJC

RUBEN BARBARITO RODRIGUEZ DBA          Chapter 13
HOPE TRANSPORT SERVICES, CORP. and
ARIADNA HERRERA,

             Debtor.

_____/

## <u>REQUEST FOR SPECIAL NOTICE AND SERVICE OF COPIES</u>

TO:    UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), AND ALL INTERESTED
       PARTIES

       PLEASE TAKE NOTICE that ALDRIDGE PITE, LLP submits this Request for Special Notice

and Service of Copies, for Bank of America, N.A. and hereby requests special notice of all events

relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to

the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy

Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for

hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all

matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices

as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced

bankruptcy court.

       ALDRIDGE PITE, LLP, requests that for all notice purposes and for inclusion in the Master

Mailing List in this case, the following address be used:

Jennifer Laufgas
ALDRIDGE PITE, LLP
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305

       Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of

claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within

-1-

party's:

     a.     Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

     b.     Right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the instant proceeding by Fed. R. Bankr. P. 7004. This Request for Special Notice shall not operate as a confession and/or concession of jurisdiction. Moreover, the within party does not authorize Aldridge Pite, LLP, either expressly or impliedly through Aldridge Pite, LLP's participation in the instant proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004;

     c.     Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

     d.     Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

     e.     Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

Dated: August 23, 2022          ALDRIDGE PITE, LLP

                    */s/ Jennifer Laufgas*
                    Jennifer Laufgas (SBN 56181)
                    jlaufgas@aldridgepite.com
                    Aldridge Pite, LLP
                    Fifteen Piedmont Center
                    3575 Piedmont Road, N.E., Suite 500
                    Atlanta, GA 30305
                    Phone: (404) 994-7400
                    Fax: (619) 590-1385