# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

**CASE NO.: 22-16289-BKC-AJC**
PROCEEDING UNDER CHAPTER 13

IN RE:

RUBEN BARBARITO RODRIGUEZ
ARIADNA HERRERA

DEBTORS_____/

## NOTICE OF CONTINUED CONFIRMATION HEARING

**YOU ARE HEREBY NOTIFIED** that the Confirmation Hearing has been continued to **January 31, 2023** at **01:35 pm.** The hearing will be conducted by video conference. For instructions, please refer to the General Procedures for Hearings By Video Conference on the Court's website. To participate in the hearing, you must register for the video conference no later than 3:00 pm one business day before the date of the hearing. To participate, click on the following link or manually enter the following link in a browser: https://www.zoomgov.com/meeting/register/vJIsdO6orj8tEykAkNLdQ8XQPhWjIJbyMzo

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Continued Confirmation Hearing was mailed to those parties listed below on this 9th day of January, 2023.

_/s/ Nancy K. Neidich_____
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

NOTICE OF CONTINUED CONFIRMATION HEARING
CASE NO.: 22-16289-BKC-AJC

## SERVICE LIST

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**DEBTORS**
RUBEN BARBARITO RODRIGUEZ
ARIADNA HERRERA
18065 SW 156 AVE
MIAMI, FL  33187-1701

**ATTORNEY FOR DEBTORS**
JOSE BLANCO, ESQUIRE
102 E 49TH ST
HIALEAH, FL  33013

**JOSE BLANCO, ESQUIRE** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS NOTICE TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.