**Fill in this information to identify the case:**

Debtor 1  Ruben Barbarito Rodriguez

Debtor 2  Ariadna Herrera
(Spouse, if filing)

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number  22-16289

Official Form 410S1

# Notice of Mortgage Payment Change                                        12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HARBORVI EW MORTGAGE LOAN TRUST 2004-9, MORTGAGE PASS-THROUGH CERTIFICATES , SERIES 2004-9

**Court claim no.** (if known):  12

**Date of payment change:**
Must be at least 21 days after date of this notice            09/01/2023

**Last 4 digits** of any number you use to identify the debtor's account:  4618

**New total payment:**                                $ 2,429.55
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $ 989.58            New escrow payment:  $ 1,079.39

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %            New interest rate: _____ %
   Current principal and interest payment: $ _____            New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
     (*Court approval may be required before the payment change can take effect.*)
     Reason for change: _____

   Current mortgage payment: $ _____            New mortgage payment: $ _____

Official Form 410S1                    Notice of Mortgage Payment Change                    page 1

Debtor 1    Ruben Barbarito Rodriguez      Case number *(if known)* 22-16289
First Name    Middle Name    Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Elliott Myers      Date 07/25/2023
Signature

Print: Elliott Myers      Title Assistant Vice President

Company: Bank of America

Address: 4161 Piedmont Parkway
Number    Street

Greensboro, NC 27410
City    State    ZIP Code

Contact phone (335) 854-7622      Email elliott.myers@BofA.com

**UNITED STATES BANKRUPTCY COURT**

SOUTHERN DISTRICT OF FLORIDA ( MIAMI DIVISION)

Chapter: 13  No. 22-16289

Judge: CORALI LOPEZ-CASTRO

In re:

Ruben Barbarito Rodriguez

Ariadna Herrera

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on 07/25/2023, I caused to be served a copy of this Notice and all attachments on the following by U.S. Mail, postage pre-paid, or via filing with the U.S. Bankruptcy Court's CM ECF system.

Debtor:  Ruben Barbarito Rodriguez
         18065 SW 156th Ave
         Miami, FL 33187-1701

Co-Debtor:  Ariadna Herrera
            18065 SW 156th Ave
            Miami, FL 33187-1701

Debtor's Attorney:  JOSE A BLANCO
                    102 E 49th St
                    Hialeah, FL 33013-1853

Trustee:  NANCY K. NEIDICH
          PO Box 279806
          Miramar, FL 33027-9806

/s/ Larry Yip

LCI
(as Authorized Agent for Bank of America N.A.)
111 Anza Blvd Suite 310
Burlingame, CA 94010
650.342.9486 (x250)
larry.yip@lciinc.com


SERVICIO AL CLIENTE
PO Box 31785
TAMPA, FL 33631-3785

**Declaración de divulgación de la cuenta de depósito en garantía**

**Número de cuenta**

**Fecha de vigencia del nuevo pago**
09/01/2023
**Cantidad del nuevo pago**
**Consulte las opciones a continuación**
**Domicilio de la propiedad**
18065 SW 156TH AVENUE
MIAMI, FL 33187
**Fecha**
07/18/2023

RUBEN B RODRIGUEZ
18065 SW 156TH AVE
MIAMI  FL 33187-1701

**NUESTROS REGISTROS INDICAN QUE ESTA CUENTA ESTÁ SUJETA A UN CASO DE QUIEBRA O UNO O MÁS PRESTATARIOS RECIBIERON UNA EXONERACIÓN DE SU OBLIGACIÓN DE PAGO PERSONAL DE LA DEUDA ASOCIADA CON ESTE PRÉSTAMO. ESTA CARTA SE PROPORCIONA SOLO PARA FINES INFORMATIVOS, Y NO CONSTITUYE UNA DEMANDA DE PAGO, UN INTENTO DE COBRAR UNA DEUDA, UNA SOLICITUD CON RESPECTO A UNA OBLIGACIÓN, UN INTENTO DE IMPONER RESPONSABILIDAD PERSONAL POR UNA DEUDA EXONERADA NI UN INTENTO DE MODIFICAR CUALQUIER PLAN DE QUIEBRA U ORDEN DE EXONERACIÓN.**

**RUBEN B RODRIGUEZ**,

Cada año, revisamos su cuenta de depósito en garantía para asegurarnos de que habrá suficiente dinero para cubrir sus pagos de impuestos y seguros para el próximo año. Esta vez, detectamos que su cuenta se quedará escasa de fondos por $1,189.85. En la mayoría de los casos, esto se debe a aumentos en sus impuestos sobre la propiedad o primas del seguro. Hemos actualizado automáticamente su pago mensual para cubrir lo que tendremos que pagar el próximo año. Su nuevo pago mensual de depósito en garantía será de $1,079.39.

## Explicación de una cuenta de depósito en garantía en quiebra

Nuestros registros indican que esta cuenta está sujeta a protección de quiebra. Este estado de cuenta de depósito en garantía se envía **exclusivamente con fines informativos**. Esto no constituye una demanda de pago ni un intento de cobrar una deuda o modificar los términos de una orden judicial de quiebra o plan de quiebra. Tenga en cuenta que el plan de quiebra puede establecer que fiduciario envíe los pagos de las cantidades del préstamo hipotecario que se vencen antes de la presentación de quiebra o después de esta.

Según su convenio de préstamo, depositamos parte de su pago hipotecario mensual en una cuenta de depósito en garantía para pagar sus impuestos sobre la propiedad y primas del seguro. Durante el año, efectuamos pagos desde su cuenta de depósito en garantía cuando vencen facturas de impuestos y seguro. Si sus facturas de impuestos y seguro aumentan o disminuyen, también cambiará la cantidad que debe pagar en su cuenta depósito en garantía para cubrir estas obligaciones. Esta notificación describe cualquier cambio necesario en su pago hipotecario mensual para mantener dinero suficiente en su cuenta de depósito en garantía para el pago de dichas facturas. La información detallada en esta notificación explica cómo se calcula su nuevo pago de depósito en garantía.

**Si este es su primer estado de cuenta de depósito en garantía posterior a la presentación de quiebra del Capítulo 13,** realizamos esta revisión de cuentas de depósito en garantía a la fecha de solicitud de quiebra y actualizamos el nuevo pago mensual de depósito en garantía conforme a las leyes de quiebra vigentes. Si usted recibió anteriormente un cupón mensual para la misma fecha de vencimiento, la cantidad de pago que se indica a continuación reemplaza a dicho cupón, el cual fue preparado antes de que recibiéramos la notificación de su presentación de quiebra del Capítulo 13.

Bank of America, N.A. está obligado por ley a informarle a usted que esta comunicación proviene de un cobrador de deudas. Si usted se encuentra actualmente en un procedimiento de quiebra o ha obtenido anteriormente una exoneración de esta deuda en virtud de las leyes de quiebra, esta notificación se proporciona solamente para fines informativos y no constituye un intento de cobrar una deuda, una demanda de pago ni un intento de imponer responsabilidad personal por una deuda exonerada.

Bank of America y el logotipo de Bank of America son marcas comerciales registradas de Bank of America Corporation. Bank of America, N.A. Miembro de FDIC. Igualdad de oportunidades en préstamos para viviendas.

21006 _748585_26007A

## Su pago mensual total cambiará a partir del 09/01/2023.

|  | Análisis previo | Nuevos pagos | [60]-mes Faltante de depósito en garantía |
|---|---:|---:|---|
| **Capital o intereses** | $1,350.16 | $1,350.16 | |
| **Pago mensual de depósito en garantía** | *$989.58 | $1,079.39 | **No tiene que pagar ninguna cantidad adicional en este momento** y su faltante de depósito en garantía se distribuirá en 60 pagos mensuales. |
| *Impuesto* | $442.58 | $444.73 | |
| *Seguro* | $547.00 | $614.83 | La [nueva] cantidad de su pago hipotecario será: **$2,429.55** |
| *Seguro hipotecario* | $0.00 | $0.00 | |
| *Depósito en garantía mensual: ajuste de excedente/faltante* | $0.00 | $19.83 | Consulte la sección de Pagos de depósito en garantía proyectados para obtener detalles |
| **Cantidad de pago total** | $2,339.74 | $2,429.55 | |

*La cantidad del pago de depósito en garantía del análisis previo es a la fecha del último análisis de depósito en garantía y no refleja el ajuste del pago realizado si el faltante del depósito en garantía del año pasado se pagó en su totalidad.*

## Historial de depósitos en garantía

A continuación, se describe lo que pasó en su cuenta de depósito en garantía desde nuestra última revisión, en comparación con lo que proyectamos que sucedería. Si hay cambios en sus impuestos o seguro, aparecerán en imprenta oscura y resaltados a continuación. Esto debería ayudar a explicar por qué no había suficientes fondos en su cuenta de depósito en garantía para cubrir los impuestos y el seguro este año pasado. Hemos marcado sus saldos mínimos más bajos con un asterisco (*). Los depósitos en su depósito en garantía se suman y se muestran como una cantidad total para el mes.

**Si usted presentó recientemente una solicitud de quiebra del Capítulo 13, hemos proporcionado a continuación una comparación lado a lado de la actividad anteriormente proyectada de su cuenta de depósito en garantía con la actividad real de la cuenta.**

**Si este es un estado de cuenta de depósito en garantía anual proporcionado durante su quiebra del Capítulo 13, la** actividad proyectada de la cuenta de depósito en garantía que se incluye a continuación ha sido elaborada conforme a los términos de su plan del Capítulo 13. La actividad de la cuenta de depósito en garantía incluye la recepción de sus pagos hipotecarios mensuales regulares para depósito en garantía y todos los pagos de corrección efectuados en virtud de los términos de su plan del Capítulo 13 para cantidades de depósito en garantía adeudadas correspondientes al período anterior a su presentación de quiebra o que venzan de otro modo en virtud de su plan del Capítulo 13. El cuadro que consta a continuación refleja la actividad del plan y su actividad real para el próximo año. Si usted no puede completar los pagos de su plan del Capítulo 13 y su caso se desestima o se convierte a un Capítulo 7, o bien si se elimina la suspensión automática, la actividad reflejada en el cuadro que consta a continuación se utilizará para realizar su próximo análisis de depósito en garantía.

| Mes | Depósitos en el depósito en garantía | | | Pagos por medio del depósito en garantía | | | Saldos del depósito en garantía | |
|---|---|---|---|---|---|---|---|---|
| | Depósitos en el depósito en garantía | Pago previsto en el depósito en garantía | Descripción | Lo que pagamos por medio del depósito en | Lo que esperábamos pagar por medio del depósito en garantía | Descripción | Saldo real | Saldo estimado del último |
| | | | | | | Saldo inicial | -$28,263.10 | $4,947.91 |
| 09/2022 | | $989.58 | Depósito | | | | -$28,263.10 | $5,937.49 |
| 10/2022 | | $989.58 | Depósito | | | | -$28,263.10 | $6,927.07 |
| 11/2022 | | $989.58 | Depósito | $5,336.81 | $5,310.97 | Impuesto del condado | -$33,599.91 | $2,605.68 |
| 12/2022 | | $989.58 | Depósito | | | | -$33,599.91 | $3,595.26 |
| 01/2023 | | $989.58 | Depósito | | | | -$33,599.91 | $4,584.84 |
| 02/2023 | | $989.58 | Depósito | | | | -$33,599.91 | $5,574.42 |
| 03/2023 | | $989.58 | Depósito | | | | -$33,599.91 | $6,564.00 |
| 04/2023 | | $989.58 | Depósito | | | | -$33,599.91 | $7,553.58 |
| 05/2023 | | | | $7,378.00 | | Seguro p/propiet | -$40,977.91* | $7,553.58 |
| 05/2023 | | $989.58 | Depósito | | $6,564.00 | Seguro p/propiet | -$40,977.91* | $1,979.16* |
| 06/2023 | $10,349.50 | $989.58 | Depósito | | | | -$30,628.41 | $2,968.74 |
| 07/2023 | $32,126.65 | $989.58 | Pago(s) esperado aún no recibido | | | | $1,498.24 | $3,958.32 |
| 08/2023 | $989.58 | $989.58 | Pago(s) esperado aún no recibido | | | | $2,487.82 | $4,947.90 |
| TOTAL | $43,465.73 | $11,874.96 | | $12,714.81 | $11,874.97 | Saldo final | $2,487.82 | $4,947.90 |

| Resumen de transacciones del depósito en garantía | Reales | Previstas |
|---|---:|---:|
| **Depósitos totales en el depósito en garantía** | **$43,465.73** | **$11,874.96** |
| *Depositos mensuales* | $43,465.73 | $11,874.96 |
| **Pagos totales por medio del depósito en garantía** | **$12,714.81** | **$11,874.97** |
| *Seguro* | $7,378.00 | $6,564.00 |
| *Impuestos* | $5,336.81 | $5,310.97 |

Esta estimación da por sentado que usted hará los pagos previstos que se muestran anteriormente.

**Pagos proyectados del depósito en garantía**

A continuación, consta un resumen de lo que prevemos que suceda en su cuenta de depósito en garantía el próximo año. Utilizamos esta información para calcular su nuevo pago mensual.

| | |
|---|---:|
| Impuesto del Condado | $5,336.81 |
| Seguro p/propiet | $7,378.00 |
| **Total previsto de desembolsos de depósito en garantía:** | **$12,714.81** |

Para calcular su pago de depósito en garantía mensual, sumamos el total de pagos previstos de impuestos o seguro y lo dividimos por 12 meses: **$12,714.81 /12 = $1,059.56.**

<span style="color:red">Sus pagos estimados de la cuenta de depósito en garantía en los próximos 12 meses</span>

Dado que el pago hipotecario está atrasado, todos los pagos entre su último pago y la fecha de este análisis de **07/18/2023** se reflejan como un pago global que se muestra en la tabla anterior. Los saldos a los que se hace referencia en el primer cuadro a continuación son saldos proyectados antes de cualquier ajuste adecuado en su plan de quiebra. Dichos ajustes se muestran en el segundo cuadro debajo de la proyección.

| Mes | Pagos al depósito en garantía | Pagos de impuestos | Pago de seguros | Pagos del seguro hipotecario (MIP/PMI) | Saldo previsto del depósito en garantía |
|---|---:|---:|---:|---:|---:|
| **Saldo inicial** | | | | | **$2,487.82** |
| 09/2023 | $1,059.56 | $0.00 | $0.00 | $0.00 | $3,547.38 |
| 10/2023 | $1,059.56 | $0.00 | $0.00 | $0.00 | $4,606.94 |
| 11/2023 | $1,059.56 | $5,336.81 | $0.00 | $0.00 | $329.69 |
| 12/2023 | $1,059.56 | $0.00 | $0.00 | $0.00 | $1,389.25 |
| 01/2024 | $1,059.56 | $0.00 | $0.00 | $0.00 | $2,448.81 |
| 02/2024 | $1,059.56 | $0.00 | $0.00 | $0.00 | $3,508.37 |
| 03/2024 | $1,059.56 | $0.00 | $0.00 | $0.00 | $4,567.93 |
| 04/2024 | $1,059.56 | $0.00 | $0.00 | $0.00 | $5,627.49 |
| 05/2024 | $1,059.56 | $0.00 | $7,378.00 | $0.00 | **-$690.95** |
| 06/2024 | $1,059.56 | $0.00 | $0.00 | $0.00 | $368.61 |
| 07/2024 | $1,059.56 | $0.00 | $0.00 | $0.00 | $1,428.17 |
| 08/2024 | $1,059.56 | $0.00 | $0.00 | $0.00 | $2,487.73 |
| **Saldo final** | | | | | **$2,487.73** |

**Según la revisión de este año, su cuenta de depósito en garantía tendrá un faltante de $1,189.85.** Esto se calculó según el saldo mínimo más bajo, el cual está en letras oscuras en la tabla anterior, y los pagos para corregir cantidades pendientes de pago antes de su presentación de quiebra. Nuestros registros actualmente muestran que esta cantidad es de $1,620.24 y se incluye en el cálculo del saldo mínimo proyectado. Esta evaluación da por sentado que se harán todos los pagos adeudados conforme a su plan de quiebra, incluidos los pagos hipotecarios programados regularmente luego de su presentación de quiebra y los pagos para corregir cantidades que vencen en su presentación de quiebra. Dado que su saldo mínimo proyectado es menor que el saldo mínimo requerido, su cuenta tiene un faltante. El saldo mínimo requerido (el cual a veces también se denomina "colchón") puede incluir hasta dos meses de pagos del depósito en garantía (sin incluir su seguro hipotecario) para ayudarle a cubrir los aumentos en sus impuestos y el seguro para propietarios de vivienda. **El colchón actual de su cuenta es de $2,119.14.**

| | |
|---|---:|
| Saldo mínimo Requerido | $2,119.14 |
| **_Menos_** | |
| Saldo mínimo proyectado | -$690.95+$1,620.24 = $929.29 |
| **Cantidad necesaria para que su cuenta tenga fondos suficientes** | **$1,189.85** |

Si tiene preguntas, por favor háganoslo saber. Llámenos al 800.669.6607, lunes-viernes 8a.m. a 9p.m. ET. Puede revisar su cuenta en cualquier momento en www.bankofamerica.com.

**PREGUNTAS FRECUENTES**

**P:** **¿Por qué recibo esta Declaración de Divulgación de la Cuenta de Depósito en Garantía?**
**R:** Queremos asegurarnos de que comprenda los cambios en los pagos. Es posible que la cantidad de su pago de depósito en garantía para el próximo año se modifique debido a un aumento o a una disminución en los impuestos o el seguro. Esta declaración proporciona información sobre cualquier modificación en los pagos.

**P:** **¿Qué es un análisis de depósito en garantía?**
**R:** Realizamos un análisis de depósito en garantía al menos una vez al año para determinar si la cantidad de dinero en su cuenta de depósito en garantía es suficiente para los pagos de impuestos o seguro previstos del próximo año.

**P:** **¿Cuáles son las razones más comunes del cambio en el pago de depósito en garantía?**
**R:** Las razones más comunes del cambio en el pago se deben a modificaciones en las primas del seguro o en los impuestos sobre la propiedad.

**P:** **¿He pagado la cantidad total del faltante del depósito en garantía. ¿Por qué mi pago del depósito en garantía sigue aumentando?**
**R:** Un pago de depósito en garantía requerido se determina por la cantidad total de los desembolsos anuales dividida entre 12 pagos mensuales. El pago total del faltante del depósito en garantía garantiza que su cuenta de depósito en garantía no caiga por debajo del saldo mínimo requerido, pero no reducirá la cantidad del pago de depósito en garantía requerido.

**P:** **¿No quiero que cambie mi pago de depósito en garantía. ¿Puedo realizar un pago adicional de depósito en garantía para mantener mis pagos mensuales iguales?**
**R:** El pago del depósito en garantía no puede ajustarse por debajo de la cantidad del pago de depósito en garantía requerido (cantidad total de desembolsos anuales dividida entre 12 pagos mensuales). Cualquier fondo en su cuenta de depósito en garantía que supere las cantidades de desembolso anuales más la reserva requerida se devolverá como un excedente de depósito en garantía cuando vuelva a analizarse la cuenta de depósito en garantía.

**P:** **¿Qué es un excedente de depósito en garantía?**
**R:** Un excedente de depósito en garantía se produce cuando nuestro análisis de depósito en garantía muestra que usted tiene más dinero en su cuenta de depósito en garantía que el saldo mínimo requerido. Para determinar si usted tiene un excedente real de fondos de depósito en garantía, Bank of America, N.A. ajustará el posible excedente para incluir cualquier cantidad de depósito en garantía que no se haya pagado correspondiente al período anterior a su presentación de quiebra o que se adeude de otro modo en virtud de los términos de su plan del Capítulo 13. Este ajuste es necesario para garantizar que su saldo actual de la cuenta de depósito en garantía tenga un excedente de fondos. Si su cuenta continúa mostrando un excedente y se encuentra al día en virtud de los términos de su plan del Capítulo 13, le enviaremos un reembolso conforme a las leyes vigentes.

**P:** **¿Qué es un faltante de depósito en garantía?**
**R:** Un faltante de depósito en garantía se produce cuando nuestro análisis de depósito en garantía muestra que no hay suficiente dinero en su cuenta para cumplir con el saldo mínimo requerido. Ajustaremos su pago mensual para compensar el faltante o, si lo prefiere, puede cubrir el faltante.

**P:** **¿Qué es un saldo mínimo requerido?**
**R:** El saldo mínimo requerido es la cantidad mínima de dinero que puede tener en su cuenta en cualquier momento durante el año. El saldo mínimo requerido, también denominado "colchón", puede incluir hasta dos meses de pagos del depósito en garantía menos el seguro hipotecario para cubrir los aumentos potenciales en sus impuestos y el seguro para propietarios de vivienda.

**P:** **¿Con quién debo comunicarse acerca de los cambios en los impuestos o el seguro que hicieron que mi pago mensual del depósito en garantía aumentara?**
**R:** Comuníquese con su autoridad tributaria local o con su agente de seguros si tiene alguna pregunta sobre las modificaciones en los pagos de impuestos o de seguro.

**P:** **¿Puedo incluir la cantidad del faltante de depósito en garantía junto con mi pago hipotecario mensual?**
**R:** Si su faltante de depósito en garantía es inferior o igual al pago de 1 mes de depósito en garantía, usted tiene la opción de pagar el saldo en su totalidad o de distribuirlo en los próximos 60 meses. Si elige pagar el faltante de depósito en garantía en su totalidad, la cantidad del faltante de depósito en garantía debe enviarse por separado, junto con el cupón de pago incluido en esta declaración. Si su faltante de depósito en garantía es superior al pago de 1 mes de depósito en garantía, distribuiremos el depósito en garantía en 60 meses.

**P:** **¿Tengo que tomar alguna medida si tengo pagos hipotecarios recurrentes programados a través de un servicio de pago de facturas en línea?**
**R:** Sí. La cantidad del pago no se actualizará automáticamente. Para pagos efectuados a través de otra institución, siga su proceso para cambiar la cantidad de su pago.